UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    CASE NO. 18-62065 - JWC
Ricky Donelle Campbell,
      Debtor.                          CHAPTER 13

Ricky Donelle Campbell,
      Objector,

      v.                                  **CONTESTED MATTER**

Army & Air Force Exchange Services,
      Claimant.

**WITHDRAWAL OF DOCUMENT**

COMES NOW Debtor and hereby withdraws the Objection to Claim filed in this case on September 12, 2018, Docket No. 23.

                                            Respectfully submitted,
                                            King & King Law LLC

                                            By: /S/
                                            Foss Baker, Attorney for Debtor
                                            Georgia Bar Number 296402
                                            215 Pryor Street
                                            Atlanta, GA 30303
                                            404-524-6400
                                            notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Ricky Donelle Campbell,<br>    Debtor.<br>Ricky Donelle Campbell,<br>    Objector,<br>    v.<br>Army & Air Force Exchange Services,<br>    Claimant. | CASE NO. 18-62065 - JWC<br><br>CHAPTER 13<br><br><br><br>**CONTESTED MATTER** |

**CERTIFICATE OF SERVICE**

    I hereby certify under penalty of perjury, that I am more than eighteen years of age, and that on this day I served a copy of the within "Withdrawal of Document" filed in this Bankruptcy Case upon the following by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

Army & Air Force Exchange Services
c/o Bass & Associates, P.C.
Attn.: Rae Anne Burleigh, Administrative Assistant
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712

Army & Air Force Exchange Services
Attn: GC-G
3911 S. Walton Walker Blvd.
Dallas, TX 75236

Ricky Donelle Campbell
1544 Ravens Run
Jonesboro, GA   30236

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Ave
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

    This ____1st____ day of ____October_____, 2018.

Respectfully submitted,
King & King Law LLC

By:_____/S/_____
Foss Baker, Attorney for Debtor
Georgia Bar Number 296402
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com